**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                      Plaintiff,<br><br>                v.<br><br>**NARCISCO MENDOZA-GARCIA,**<br>  aka Candido Mendoza,<br><br>                      Defendant. | CR NO: 2:18-CR-0224 KJM |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ☒ Ad Prosequendum         ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Narcisco Mendoza-Garcia | |
| Detained at | San Joaquin County Jail | |
| Detainee is: | a.) | ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint<br>    charging detainee with:   8 U.S.C. Section 1326 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary [FORTHWITH ] in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Shea J. Kenny* |
| Printed Name & Phone No: | SHEA J. KENNY (916) 554-2764 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
        ☒ Ad Prosequendum         ☐ Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Dated: December 18, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Candido Mendoza | ☒Male   ☐Female | |
| Booking or CDC #: | 18-19467 | DOB: | xx/xx/1981 |
| Facility Address: | 999 West Matthews Road, French Camp, | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____   _____
                                              (signature)